UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
                                              :
UNITED STATES OF AMERICA
                                              :
      - v. -                           16 Cr. 398 (PAE)
                                              :
SAJMIR ALIMEHMETI,
    a/k/a "Abdul Qawii,"           :

                    Defendant. :

- - - - - - - - - - - - - - - - - - X

## NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

      The United States, through its attorney, Preet Bharara, United States Attorney for the Southern District of New York, hereby provides notice to SAJMIR ALIMEHMETI, a/k/a "Abdul Qawii," the defendant, and to the Court, that, pursuant to Title 50, United States Code, Sections 1806(c) and 1825(d), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained and derived from electronic surveillance and physical searches conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 ("FISA"), as amended, 50 U.S.C. §§ 1801-1813 and §§ 1821-1829.

Dated:    July 21, 2016
           New York, New York

                                Respectfully submitted,

                                PREET BHARARA
                                United States Attorney

              By:    _____
                                Emil J. Bove III
                                Brendan F. Quigley
                                Assistant U.S. Attorneys