# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 26, 2016

**By ECF**

Honorable Paul A. Engelmayer
United States District Judge for
  the Southern District of New York
40 Foley Square, Courtroom 1305
New York, NY 10007

**Re:  United States of America v.  Sajmir Alimehmeti**
      **16 Cr. 398 (PAE)**

Dear Judge Engelmayer:

A conference in this matter is scheduled for July 27, 2016. With consent of the government I write to request a 30-day adjournment to a date in late August or early September, 2016. Our review of the discovery produced so far has been steady but slow, and we need additional time.

To that end, we request that the time between July 27, 2016 and the next court date set by the court date, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A).  Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, as it will allow the parties to continue plea discussions. Thank you.

Respectfully submitted,

/s/

Sabrina P. Shroff & Sylvie Levine
Assistant Federal Defenders

cc: AUSAs Quigley & Bove III