**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

October 24, 2016

**By ECF**

Honorable Paul A. Engelmayer
United States District Judge for
  the Southern District of New York
40 Foley Square, Courtroom 1305
New York, NY 10007

Re:  **United States of America v. Sajmir Alimehmeti**
     **16 Cr. 398 (PAE)**

Dear Judge Engelmayer:

   A conference in this matter is scheduled for October 28, 2016. With consent of the government I write to request a 30-day adjournment. There is voluminous discovery to review, and we need additional time.

   To that end, we request that the time between October 28, 2016 and the next court date set by the court date, be excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(7)(A).  Excluding time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, as it will allow the parties to continue plea discussions. Thank you.

                              Respectfully submitted,

                              /s/

                              Sabrina P. Shroff & Sylvie Levine
                              Assistant Federal Defenders

     cc: AUSAs Quigley, Bove III & Turner