

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 6, 2016

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States</u> v. <u>Sajmir Alimehmeti</u>, 16 Cr. 398 (PAE)

Dear Judge Engelmayer:

    A status conference is scheduled for Friday, December 9, 2016 at 3:15 p.m.  The parties respectfully request that, in connection with the status conference, the Court hold a classified proceeding pursuant to Section 2 of the Classified Information Procedures Act, 18 U.S.C. App. 3 § 2, so that the parties and the Court may discuss CIPA scheduling and related issues.

                                   Respectfully submitted,

                                   PREET BHARARA
                                   United States Attorney

                By:    _____
                        Emil J. Bove/ Brendan F. Quigley/ George Turner
                        Assistant United States Attorneys
                        (212) 637-2444 / 2190 / 2562

DRAFT