# Federal Defenders
## OF NEW YORK, INC.

52 Duane S[...]

David E. Patton
*Executive Director*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/24/2017
```

January 23, 2017

VIA ECF
Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    **United States v. Sajmir Alimehmeti**
             **16 Cr. 398 (PAE)**

Dear Judge Engelmayer,

      On January 5, 2017, the Court granted our request for a two-week extension for motions to be filed pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure. We write to advise the Court that we will not be filing motions on Mr. Alimehmeti's behalf pursuant to Rule 12(b)(3).

Respectfully submitted,

/s/
Sylvie Levine
Sabrina Shroff
Counsel for Mr. Alimehmeti

cc: All counsel (via ECF)

The Court appreciates this notification.

1/24/2017

_____
Paul A. Engelmayer
United States District Judge