# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

March 17, 2017

By ECF

Honorable Paul A. Engelmayer
United States District Judge for
  the Southern District of New York
40 Foley Square, Courtroom 1305
New York, NY 10007

Re:  United States of America v. Alimehmeti
     16 Cr. 398 (PAE)

Dear Judge Engelmayer:

We write to request a status conference to address the motion schedule set in this case. As of today, our CIPA section 5 notice is due on March 23, 2017. Given the amount of classified discovery, we may need to provide additional section 5 notice as we move closer to trial. During a conference call today the government declined to agree to any further deadline. We ask to be heard on this issue.

At the status conference we seek to also raise the issue of the defendant's motion to regarding the government's use of information derived from searches conducted pursuant to the Foreign Intelligence Surveillance Act.

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Sabrina P. Shroff & Sylvie Levine
Assistant Federal Defenders

cc: All Counsel

3/20/17

The Court schedules a status conference for Thursday, March 23, 2017, at 1:30 p.m.

**SO ORDERED:**

*Paul A. Engelmayer*

HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE