```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                                            :
              -v-                                           :         16 Cr. 398 (PAE)
                                                            :
SAJMIR ALMEHMETI,                                           :            ORDER
                                                            :
                            Defendant.                      :
                                                            :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/25/2017
```

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at yesterday's conference, the defendant's motion at Dkt. No. 48 is **GRANTED**. Defendant's suppression motion shall be filed by **May 15, 2017**; the Government's opposition to the motion shall be filed by **August 14, 2017**. The Court will hold a next conference on **September 22, 2017** at **2:30 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York, and expects to resolve the defendant's suppression motion either before or at that conference. Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until September 22, 2017.

SO ORDERED.

Dated: April 25, 2017
       New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge