# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 10, 2017

VIA ECF
Honorable Paul A. Engelmayer
United States District Judge
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   United States v. Sajmir Alimehmeti
      16 Cr. 398 (PAE)

Dear Honorable Engelmayer,

    We write to inform the Court that Mr. Alimehmeti does not serve notice calling for the disclosure of classified material pursuant to Section 5 of the Classified Information Procedures Act.

                              Respectfully submitted,

                              /s/
                              Sabrina Shroff
                              Sylvie Levine
                              Counsel for Mr. Alimehmeti

cc: All counsel (by ECF)