UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA                    :

      -against-                                        :       16 Cr. 398 (PAE)

SAJMIR ALIMEHMETI,                          :

      Defendant.                                       :
------------------------------------------------------------x

## NOTICE OF MOTION

Please take notice that upon the accompanying memoranda of law, Sajmir Alimehmeti, by and through his counsel, will move this Court, before the Honorable Paul A. Engelmayer, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, at a time and date to be set by the Court, for an Order: (i) suppressing all evidence obtained or derived pursuant to the Foreign Intelligence Surveillance Act ("FISA"), or in the alternative, directing that a *Franks* hearing be held and that the Government's FISA applications, the resulting orders, and related materials be disclosed to the defense; (ii) requiring the Government to give notice of whether or not Executive Order 12333 surveillance was used in this case and provide discovery relating to such surveillance; and (iii) awarding such other further relief as is just and proper.

Dated:    New York, New York
             May 15, 2017

                                                         Respectfully Submitted,

                                                         _____/s/_____
                                                         Sabrina P. Shroff
                                                        Sylvie Levine
                                                       Noelle E. Lyle
                                                       Assistant Federal Defenders
                                                       52 Duane Street – 10th Floor
                                                       New York, NY 10007
                                                       (212) 417-8713