```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
                  -v-                                             :      16-CR-398 (PAE)
                                                                  :
SAJMIR ALIMEHMETI,                                                :      ORDER
                                                                  :
                          Defendant.                              :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/22/2017

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, Mr. Alimehmeti's motion to suppress (Dkt. No. 59) is **DENIED**. The Clerk of Court is requested to terminate the motion at Dkt. No. 59.

The Court sets the following schedule:

- The Government's 404(b) disclosures and any expert disclosures are due **November 17, 2017.**

- Any motions *in limine* are due on **December 8, 2017**. Opposition to motions *in limine* are due **December 22, 2017.**

- Proposed *voir dire* questions and requests to charge are due **January 8, 2018.**

- The Government has agreed to provide 3500 material by **January 22, 2018.**

- The next status conference in this case is scheduled for **December 12, 2017** at **2:30 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

- A conference at which the Court expects to address any motion *in limine* for **January 5, 2018** at **2:30 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

- Jury selection shall begin **January 29, 2018** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. The Court will later issue an order as to the possible use of a "hardship" questionnaire to facilitate jury selection.

- Trial is scheduled to begin **February 5, 2018** at **9:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

- Time is excluded, pursuant to 18 U.S.C. § 3161(h)(7)(A), until December 12, 2017.

SO ORDERED.

Dated: September 22, 2017
New York, New York

PAUL A. ENGELMAYER
United States District Judge