UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>SAJMIR ALIMEHMETI,<br>       a/k/a "Abdul Qawii,"<br><br>                    Defendant. | **ORDER**<br><br>S1 16 Cr. 398 (PAE) |

HON. PAUL A. ENGELMAYER, District Judge:

WHEREAS, the United States of America, by Joon H. Kim, Acting United States Attorney for the Southern District of New York, Emil J. Bove III and George D. Turner, Assistant United States Attorneys, of counsel, have filed a motion requesting that the Court take judicial notice at trial of the designation of the Islamic State of Iraq and al-Sham—including its aliases the Islamic State of Iraq and the Levant, the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, Al-Furqan Establishment for Media Production, Islamic State, ISIL, and ISIS—as a foreign terrorist organization, as determined by the United States Secretary of State and published in the Federal Register;

THEREFORE, the Government's motion is GRANTED, and the Court hereby takes judicial notice that the Islamic State of Iraq and al-Sham—including its aliases the Islamic State of Iraq and the Levant, the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, Al-Furqan Establishment for Media Production, Islamic State, ISIL, and ISIS—is a designated foreign terrorist organization.

SO ORDERED:

_____        _____
HONORABLE PAUL A. ENGELMAYER                   Date
UNITED STATES DISTRICT JUDGE