███

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

SAJMIR ALIMEHMETI,
a/k/a "Abdul Qawii,"

Defendant.

S1 16 Cr. 398 (PAE)

FILED *IN CAMERA* AND UNDER SEAL
WITH THE CLASSIFIED INFORMATION
SECURITY OFFICER OR DESIGNEE

**(U) The Government's *In Camera* Sealed Motion for Witness Security Measures
Pursuant to Section 6 of the Classified Information Procedures Act**

JOON H. KIM
Acting United States Attorney for the
Southern District of New York
One Saint Andrew's Plaza
New York, New York 10007

Emil J. Bove III
George D. Turner
Assistant United States Attorneys
    *Of Counsel*

███