**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 15, 2017

By ECF
Honorable Paul A. Engelmayer
United States District Judge for
  the Southern District of New York
40 Foley Square, Courtroom 1305
New York, NY 10007

Re:  United States of America v. Alimehmeti
     16 Cr. 398 (PAE)

Dear Judge Engelmayer,

    We write to notify the Court about additional information which may require us to supplement the motion *in limine* we filed on December 8, 2017. Further investigation has revealed that Mr. Alimehmeti was adjudicated a youthful offender in a case that is sealed and does not appear on his rap sheets.

    We are seeking a copy of the sealed file and may supplement our motion upon receipt.

    We wanted to alert the Court promptly.

Respectfully submitted,

/s/
Sylvie Levine
Sabrina Shroff
Counsel for Mr. Alimehmeti


cc:   Emil Bove
      George Turner
      United States Attorney's Office