USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-                                             16-CR-398 (PAE)

SAJMIR ALIMEHMETI,                              ORDER

                     Defendant.

------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

      The Court has received the Government's letter requesting that the Court conduct a *Curcio* hearing relating to a potential conflict of interest posed by the concurrent representation of the defendant and two other individuals by the Federal Defenders of New York. *See* Dkt. 80. The Court agrees that a *Curcio* hearing is warranted and that there is time-sensitivity to this issue. The Court hereby schedules a conference for **Friday, December 22, 2017** at **9:15 a.m.**, solely to discuss issues related to *Curcio*. The Court will arrange to have conflict-free counsel available.

SO ORDERED.

*Paul A. Engelmayer*

Paul A. Engelmayer
United States District Judge

Dated: December 21, 2017
      New York, New York