**Federal Defenders**
OF NEW YORK, INC.

52 Duane S[treet]

David E. Patton
*Executive Director*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/28/2017
```

December 28, 2017

By ECF
Honorable Paul A. Engelmayer
United States District Judge for
  the Southern District of New York
40 Foley Square, Courtroom 1305
New York, NY 10007

Re: United States of America v. Alimehmeti,
16 Cr. 398 (PAE)

Dear Judge Engelmayer:

    We write to request that the Court allow us to strike from the 16 Cr. 398 (PAE) docket, document # 87.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/

Sabrina Shroff & Sylvie Levine
Assistant Federal Defenders

Cc: All counsel
    Docketing, ECF

**GRANTED.** The Clerk of Court is directed to strike Dkt. No. 87 from the public record.
**SO ORDERED.**

12/28/2017

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge