

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 6, 2019

<u>Via ECF</u>
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
Email: EngelmayerNYSDChambers@nysd.uscourts.gov

   Re: **United States v. Sajmir Alimehmeti,**
     **16 Cr. 398 (PAE)**

Dear Judge Engelmayer:

  The Government respectfully submits this letter in response to the Court's July 30, 2019 order. The parties conferred as directed beginning on July 30, and defense counsel indicated that they could not provide the drives containing the materials in question because prior counsel had added privileged material and work product to their copies. As a result, the Government is working to retrieve the data from storage so that it can be re-copied and re-produced to the defendant at MCC. The FBI estimates that this process will be completed by August 23, 2019. Upon receiving the materials from the FBI, the Government will promptly provide a copy to the Bureau of Prisons for the defendant's use as appropriate under BOP procedures.

          Respectfully submitted,

          GEOFFREY S. BERMAN
          United States Attorney

      By:   /s/
        Emil J. Bove III
        George D. Turner
        Assistant United States Attorneys
        (212) 637-2444

Cc: Defense Counsel
   (Via ECF)