Asalaam Alaykum Akhi

May ALLAH make it easier for you brother.
IBN Shaytan came to me and asked me if I want to
become a murtad and speak against you. How can I sell
myself to this Disgusting DunyA. I recieved my paperwork
about the prosequtor writing a letter to my judge about our
situation. This JASOOS said I tried to "radicalize him".
Because of that they went through my property and found
what they found. After that they come to get you cuz of the
discovery. I told IBN Shaytan that Abu Nutfah is Not
in the SHU he is in General Population. Then I said
why did you say he is in SHU. She try to play it off
by saying they probably didn't need him, so they let him go.??
ALLAH knows best whats going but after reading the paperwork
She gave me. I can only think of 2 people only who it might
be. Ever since that day in Jumuah where Abu Nutfah gave
me 2 cds things went down. I got picked up 4 days later after
I prayer ASR salah. My belief is they want to hammer you
So they want me to cooperater. They asked me to either fire
or wave my counsler of UMM shaytan / IBN Shaytan. I told IBN
Shaytan to help you but her Shaytanik look was giving me a
different Story. She wants me to go against you. ALLAHu Alem.
I told IBN Shaytan. You (Akhi) is Innocent, you didn't
ask me for Anythivy I did it myself. (1) Its either Abu Nutfah
cuz in the paper it said (Inmate-1) → JASOOS has one disc
and we spoke during Jumuah about this. I had 2 of his
disc in my property yet he is in Population?? ALLAHu Alem (2)
cuz the paper said its a guy who has a criminal case in
the Eastern District (Brooklyn). Then its the Guy who used
to do the AZAN in Jumuah, The Black Boldy guy. I know
he has a case in Brooklyn

Who ever of them it is they are selling the Akhira for a retarded price. They Sad Part is they tried saying I try to radicalize them?" You kidding me. IBN Shaytan told me they are trying to shave off sometime from there Criminal Case, Obviously". I hear you might become a SAM inmate. Dont ~~work~~ worry every 6 months they would have to check if you still Need it, if not they will Releave you. Maybe in a year insha'Allah they will let us go Back. Right Now the JASOOS scared them for Nothing. I hear it on Fox News, 1010 WINS, Abc News That I try to form a group in Prison. ████████ LT. Rice is SHU Property officeer he can get you your Religious Items and other property Items Like Books, Cosmetics and etc. I got my Bowl, Books, Musalla, Spoon, cup from him. Also TALK to the Misry Guy Chemo about a Cd Player with Quran Cds. Insha'Allah they will give you. The brothers here have it. You can memorize Quran. When you get the Cd Player you Need to buy AA battery. The Cd player is free and Quran Cd is free. The education Dept will give you. I am Now a SAM inmate boo-Hoo. IDk I just want my visit and Phone call so insha'Allah I will get it soon. Also if you want to stay on Common fare ask for Double portion, complain its Not enough or threatn with hunger strike. (LoL) The brother here just Got Double portion after complaining. Give my salaam to the brothers, I miss you all. Allah is the best of planners. Becareful with the Haywaans there. Insha Allah Al-Malhama Coming. Throw this paper in the Toilet Right Away. (LoL)

WAlAiykum Asalaam.

I miss you my beautiful brother. Your SAjmeer kAshmeer still ends up in my Room, even after your hair cut. (LoL) I seen your picture with short hair before remember from your last jail. Its Nice but the Mujohid Long hair I like better. I just come back from my Sentencing. Maybe you already know by now. But in my Sentencing I refuse to Apologize. Hell to the NAW NAW. That aint happening. But I did speak about you. when they try to say I RAdicalized you. I refuted that. I said The F.B.I. did that. The Fbi goes around molding young guys and throwing them in Jail. I said you were 20 yrs old and Two 45 years olds FBi combed and groomed you. They cause the Problem (F.B.I) and try to fix it with another Problem. Other than that I'm tired to be honest I cry alot well not alot but when the tears come I cry in my Room. I ask AllAH dont let me Die in Prison, I want to kill a Jew first and die in the Battle where 1/3 of the shuhAdA are the best. I cry for this only. I Love Jihad, I HAte the kuffAR. The story you told me about the young baby being born SubhAn AllAH this is great news inshA'AllAH My DUA to AllAH is Please let me go to the Battle field and fight the enemy of Islam. So please ask AllAH to Accept this from Me. MAy Release All of us. MAy AllAH put the Love of JiHAD & JANNAH in Our hearts. I want Minal Hoor Al Ayn. She becomes virgin every Night. Yo Abdur RAHeem told me this. Smack that All on the floor, tAP that. (LoL). JAzakur AllAH khair for your sADAqA may AllAH Accept it from you. I did see you in 2 dreams of mines. One was your in my house in PAkistAn standing near my uncles. Your Face is healthy nice beard long hair. I'm introducing you to my uncles. The 2nd dream was im in a wharehouse with you and I'm asking you if you recieved my RisAlA. Your telling me the brothers Abu JANNAH, Abdur RAHeem, and Abu AbdullAH are happy with me for telling ... .. P... il.. Al... .... .... Roopal about Month ago I hAd

2

2 weird but insha ALLAH good dreams. 1st one was about Me in a Pasture Land with cows. They are grazing and I'm standing near a group of them. While there eating, since I'm close to them one of the cows is chewing on my bag I have in my hand. I try to pull it away but I dont think I got the cow to let it go. As I looked at the cow the face of it didn't look good. The face looked like it was decaying and had bubbles on its face. In the other crowd of cows, I saw Iblis, Shaytaan trys to hide from me. I say to him you are the shaytaan. He starts to run and I chase after him so he disappears. Then I come to a new place where I see another shaytaan but this one is inside a log (small peice of wood). As I approach it, the log starts to jump away like how a fish out of water on dry land jumps. After that I hear the SALAAT is about to be offered. As I'm entering the masjid on the loud speaker, I hear the imam reciting surAH Al ImrAn the begining AyAts. My 2nd Dream is short I see myself going up in the sky so high that I entered space. I turn around I see earth infront of me floating. From earth I see A Red glittering thing come out and pass next to me. WHAt is Irhabism I didn't understand that from your risAlA? The Gouernment Gave me 2 Life plus 30 + 40 something like that I understood. Plus HAlf Million restitution to pay to Uictims F*** outta here. They can massage my Temis BAils (LoL) I heard the day you and Abu khair was speaking. I love the brothers voice. Abu khayr & another African brother housA are about to be sentence soon. So the 3 of us will be leaving soon insha ALLAH. The ~~Egyptian~~ kibor officer is No good. Dont trust this schemi asshole for anything and the yemeni look alike. I Love you All. Please forgive me for my short coming. I forgive you Abdul-QAui, shaytaan came between us. May he never come between us Again. May ALLAH grant you shahAdA and Release you from sijin. MAy ALLAH bless you all. I Love you All and I miss

continue...:

you all. Alhumdulilah the kuffar either forgot or left the
Books you gave me. They took the nasheeds from me. May AllAH
→ Curse them. The Plan me and you had may not work now, but
→ the other baltic brother came up with an Idea that is Plausiable
insha'AllAH. Brothe Omar is dominican he can get most of the
work done for us on the outside insha'AllAH. I told Abdur
rAheem to mAke istiKhara about this and mAke TAwaqqal on
AllAH. The contact brother omar has is good, cuz their his
family and their his legal. So legal call is Not monitor insha'AllAH
↲→ he can get the word out through thAt way. The contact Abdur
↲→ rAHeem has i need him to Pass the info to Brother Omar.
→ Brother Omar is good with MAghrib, MAghrib knows Me & you
have seperations so at times he is hesitant to do anything for me.
So what I do is pass my RisAlA to OmAr, then he can Pass
to you or Abdur-rLAHeem. through MAghrib. insha'AllAH. Being that Im
on their RADAr A little too much. Brother omAr doesn't have a
Muslim problem case. Thats why mAghrib is Comfortable with him
than Me. As for you pleading - 0-45 years. AllAH o Alem. This is
a big step brother. you can get hit with 45 yrs. IDK your
Judge but my Judge gave me tha MAX on All 8 counts.
→ Dont worry on yAw mAl QeeymAH I will see this kaffir
again. My Discovery cds are all infected (LoL) If I try to
open more than 1 application it will freeze on me. I'm forced
to Not mAke too many clicks. I complained but everyone says
everybody else dont have a problem with it. Also these kaffirs
know I'm leaving soon and are stalling my QurAn cds. I
finished writing a book to my family. I'm waiting for it to
Clear so I can mail it. Did you see my bAld Headed Black
lawyer. I like him better than IBN ShAytAAn. (LoL) I told
him my Problem with police he says you sound like a black
man (LoL) Then me and last insaal with him I told him I wAnnA

ask you a question. Give me a blunt answer. Dont B/s me. He said whats up. Can you buy me a Book. He freaked out. Buy you what? what kinda Book is it? I said it a religious book. (Lmao) he freaked out. I said whats the problem. He said MAN how its going to look on News I sent you a Book and you know they made me signs scary SAM paper. Lmao I said I'm not asking for Al-QAEDA Books or Bomb making books. He says I Dont even type Al-QAEDA on my Computer. (LOL) Right Away those people are going to come for me. Im a Black MAN. (Lmao) I had the list with me so I turn it towards him to order me the Books. I said Can you write the name down. He was like NAw man those Camera are watching and they gonna make a story. Lmao. I brought the list with me to Court. I wanted only one book So he Asks me which one do you want. It too me a while to think so He was like Fuck it, Imma order all of em. (LoL). Al-Lulu walmarjan, Tawwassul, Rulings for Incarcereted Muslems, Book of the End. Hopefully insha'Allah they come in Before I leave from here. Alhumdulilah Al-Malhama is coming and brother my heart says insha'Allah in 7-8 years Allah will release me. IDK why but Allah knows best why. My Tawa Qal is on Allah. Im happy IBN shaytaan is off our case. But I saw her visit you that day?? I also refused to speak to Henderson cuz I didn't believe he was BOP I thought it was from FBI. Also the somali brothers got 11yrs see why this lawyer cant do the same. Abdul Qawi I heard my 53yr old father crying on the Radio. Please make Dua for him. Plz Plz I beg you to Make Dua Against the kuffar. I hate them. May Allah Burn them. May Allah humiliate them and send them to JAHANAM. They Hate us and kill us only cuz we Say La illaIlaha illA'lA. IAA RAB Grant me SABR.

Asalaamu Alaykum.

I miss you all my beloved brothers. I Love you all. Brother I recieved a book. This was suppose to go between the others who dont have nothing to Read. (Lol) Khair. Abu BBC I'm happy you got a RADIO. I cant give you Abshir khAbAr cuz you will beat me to it Now. (Lol) ← me laughing. (Lol) ← Again me laughing. Tell AbdullAH I Love him For the Sake of AllAH. The Attorney Room has a Microphone in to listen to conversations. If they see me telking to anyone they seperate me from that person. AbuKhair is the Jordan brother they wont let me near him and Abdul-Qawi they seperaded us. When I send you message the birdie is scared to do it directly with me to Abdul-Qawi. So I use another person to give to another person to give to birdie to give to you guys. (Lol) Lucky me. khair AllAH is the

→ best of Planners. Listen remember brother UmAR you aske me who he was. When Abu-JANNAH SAw his name. I got in contact with him. Since he couldn't give me at the time abdul-Qawi message I told him to read it to me.

→ Later we spoke about a MAKAr me and the brother had but it wont work here in our current situation. So I said

→ the other brother ~~was~~ (you) have another one. Long story short. Brother UmAR has a way to contact brother Z-Abi. His legal team he has a family member the institution dont know about. he can talk to them on legal call and see them in

→ legal visit to give them instructions. legal visit and calls are Not monitored. He wanted to talk to you that ████ birdie wont be around every day so to communicate it wont be easy. Give him the instructions on how to contact the brother and insha'AllAH TAwAqal on AllAH. Insha'AllAH he is a good brother he has kept alot of mine and the othe-

→ brothers secrets. I explained to him the gist of the MAKAr.

2

he said he can get in touch and he trust this person. They
do other work for him. Insha'AllAH if you can reply back
→ while the birdie is here. But listen brother UmAr wants his
→ name in the list to go to WAliyat also. Its a serious mAtt
I leave soon and 2 others are leaving from up here. 3 of us
have sentencing very shortly and in a month we might go o
Then they will bring you guys up here. RAndomly. Also
→ Al MAlhAmA is Coming. (LoL) this one is Seriously coming.
→ WHAt we need from you is how to Contact the brother
and whAt ever else you believe is important to tell him. He
→ said brother UmAr if you want this person can meet in person
→ over there also. MAke istikhArA and make TAwAgal. Also AH
explain to brother AbdullAH to forgive me cuz I dont respo
back how he likes. The kuffAr will tAke away from us our
communications other wise I wouldn't care. We cant show
the kuffAr everything. I mAde kybAr mAd the other day. He
refused to turn my light off so I took my Cup and flood
the floor. (LoL) he brought an inmate to clean it and was
wondering why the water wont go away. He doesnt hear No
flushing but theirs lots of wAter. (LoL) The inmate said says
he keeps throwing water. khybar says No your mop is Not
working. (LoL) Then I cover the window and cameras and
then he turned my light off. (LmAo). I Love you All.

Part 2 (LoL).

Im trying to write my thoughts and just want to ask remember you said when using the toilet dont speak cuz the MALaiKas are standing by to write it down. If I dont speak out loud but en sitting and answering to the call of Nature but Im writing and speaking in my head does it still count. (LoL) I miss you all. I was busy writing a book, I finished it and tell A-Q his SAdaqA came in time (LoL) I wrote 106 pages so they needed to weight it for the correct Stamps. I heard Abu JANNAH case on the news he wanted to plead to Life but only if they take shahada Away?? The Almighty knows best. My Lawyer is new No more ShAytANs sperm Drop. I Saw when she came to visit A-Q (LoL) I tried to hide myself in Law Library but her Noisy self came to check. I still Ignore her. May the Almighty burn her with her fire GoD. The Birdie we have for Now doesn't have a clear timing. So when ever you spot just pass KABAR quick when he is gone its No telling when the birdie will come again. The chapo AKA celebrity make things difficult for us. (LoL) They will find out he is Double like SADDAM who use to have Doubles. Aside from that. May you AilAH be granted JANNAH, MAY the Almighty accept your Amal. Remember Abu JANNAH Say No more Doors in JANNAH. (LoL) Tell Abu Abd. the Almighty that I Love him for the sAke of the Almighty. I Love to talk to him also but for Now I need my contact with my family. Cuz of our SAM they cant take it Away. Tell A-Q his IDEA is No Good about saying my hand writing is bad and his is Good. I want to completely take him Away from the book. if they Dont know of it or do know but Dont care then leave it. If it comes up. He should say its Not his 100% even 1% if he says is his they will use Against him. Also I had AN intelligence officer NAme Henderson came to see me from D.C about "WhM Im in In-South.

4

I refuse to talk to him so he left. I asked LT why he came they said he was wrapping up the case and wanted to see if I had anything to say. I Didn't trust them so I decline to talk. Plus he only wanted to tell in Private Not at my Door. The Almighty knows best. Pleas forgive me cuz of my Attitude in those last Days. I Deep regret it. Please I cannot afford to give anything on The Day of Judgement. I hurt you with my tongue. This stupid tounge of mines. Im 100% serious. Please forgive me. Te A-Q to forgive me for bringing him into my mess. Tell Abu Abd-The slave of Almighty and Abu JANNAH to forgive me and to love me Like I Love them for the SAke of ISI May (Al H) Never let the Eye of the CowArd sleep.

→ Please get back in touch with Brother OMAr. Through him Im only Able to send you these messages. MAke istikhArA

→ AND TAWAQAl on the Almighty. Give him the instructions our his source can do the rest and brother omar can update you. When you send bAck tell the birdie this for brother OMAr. we hAve 2 GuzmAN here one is brother OmAr and the other is chApo obviously right Now we dont Need the 2nd guy. But if you need him (LoL) brother omAr co

→ MAke it hAppens. I leave you to the Almighty.hands. I Love you AllAH. Abu BBC listen to 620 Am for Russ. news and 930 Am for Arabic News and I sent you secde of other news. Enjoy. MAke sure you Milk your Lawyer for Dinar & Dirham (LoL) tell the others also. LoL.

السَّلَامُ عَلَيْكُمْ وَرَحْمَةُ اللَّهِ وَبَرَكَاتُهُ،

بِسْمِ اللَّهِ الرَّحْمَنِ الرَّحِيمِ

-الْحَمْدُ لِلَّهِ الَّذِي أَرْسَلَ رَسُولَهُ بِالْهُدَى وَدِينِ الْحَقِّ لِيُظْهِرَهُ عَلَى الدِّينِ كُلِّهِ، أَمَّا بَعْدُ:

هَذِهِ رِسَالَةٌ مِنْ أَخِيكَ عَبْدِ الْقَوِيِّ الْأَلْبَانِيِّ، إِلَى أَخِي فِي دِينٍ مَكَانٌ

وَكَفَى بِاللَّهِ شَهِيدًا، ثُمَّ بَعْدُ:

beautiful brother in Islām! I hope you are doing wonderful Inshā'Allāh. Wallāhi I miss you [m]uch and I love you Fīsabilillāh. The other brothers also miss you greatly and love you [fi]billāh as well. I finally got all my property Alhamdulillāh, including my legal work. The book ▪ [w]as in there as well, so I'm not sure if they even saw it, I think they were mostly interested in [m]y CD's - Allāhu 'Alam - so don't mention anything about it. They haven't said anything to me [abou]t this either, as of yet, Alhamdulillāh. Akhī, stop this nonesense about you owing me anything! [It] is the Qadr of Allāh ﷻ, so you owe me nothing Inshā'Allāh. Plus, I like it here, much [bett]er than being around Haywān all day lol. I give Abdur-Rahīm a radio so he's all over BBC [l]o. I taught Abu 'Abdullāh Ghurabah lol, so he always sings it. We're still waiting on the Qur'ān [s] and Players. I'ma try to save some Anashīd & Qur'ān & Books on the Law Library Computer [if it] allows it, so you can go listen Inshā'Allāh. I'm also happy without Ibn Shaytān. I got [a l]awyer from that Sumālī brother from Shabāb who got 11 years. I'm trying to get 0-15 [Inshā]'Allāh. Also, Abu Jannah had no idea about that, he's lawyers said it without his knowing. [he s]till wants his Shahada Inshā'Allāh lol. May Allāh grant all of us Shahada and unite us in [Du]nya and in Jannah Al-Firdaws. Amīn. Again, I'm very happy that you got to see your [fami]ly and so is Abdur-Rahīm. Akhī, if you need anything just ask and I'll try to send it to you [Insh]āʾillāh. Remember, I'm "Isis Balla" Lmao! Alhamdulillāh. Btw, Abu 'Abdullāh said he [tried] to sing for you Ghuraba when he was up there like a week or two ago, lol, he's not sure [if y]ou heard him. Anyway... what plan you talking about? If its that old one from before, then [q]uite useless from up in here lol, can't do much. Plus 'Abdur-Rahīm said its not a good one ▪ [he] [t]old me lol. Inshā'Allāh Al-Malhama coming, we'll get out anyway hahaha. Btw, if it [come]s to having to say all that stuff about the book, think about it and make sure you want to do [it, you] owe me nothing, just to be clear. But if it becomes a problem and they bring it

en say that the book is something you have read before and you knew most of it by memory

ou gave it to me, but I rewrote it since your hand writing wasn't good. What you think?

Allāh this won't even be a problem, I got rid of it anyway just in case.

sad you're gonna be leaving soon Akhī. I really miss you. May Allāh hasten

release and give you all that is khayr in this world and all that is khayr in

chirah and save you from the torment of the grave and the Fire. You have greetings

lām from Ikhwānī "G" Tier. Lol. Jazak Allāh khayr wa Barak Allāh FīK.

♡   السلام عليكم ورحمة الله وبركاته

n case you forgot what I look like Lmao.

tere's Pic.

Asalaam Alaykum Akhi,
   How are you brother? How is Long hair Brother Doing? Give my salaam to him. Dont forget to let him know that when I was in G-Tier Shower I was calling him. & he Never respond (Lol). Mim is weird Guy. I got ur Message. I heard the CO talking and I heard Alimehmeti (Albanian Brother) Name. I thought he was in the Computer room, so I was writing quick to see if I can get it to him before he leaves. Then I find out he is in Rec Not in Computer Room and he has on Gym claths. So the Guy was scared to give it. Then I told him to Give it to you. I did write G on the envelope. You probably didn't see it. Its ok brother that you read it. I took a chance yesterday the brother called me from the Door then later Abu Badole heard us. He said something to the brother & C-O but he didn't come to me. Later Mim said he speculating they will be Moving Me. It was stupid to talk Loud. But Alhumdulilah he got to know who the RAT is. Funny thing is he ask me who is Thomas, so I told him. When I was in Court the prosequtor Mentioned he the RAT (Munafiq) has a weapon Charge So I knew It was him. I asked my lawyer what is on the MCC Evidence disk, she Mentioned books & when she Mentioned Quran, I knew it was him for 100%. At first I put a Quran on his Disk to test if files can transfer though, after it did I put the other Books. He was the only one with Quran. & the Brother confirmed him by Name. I asked ALLAH to give him a Humiliated Death & Humiliate him on Day of Judgement. I will Not forgive this khanzeer (Pig). Also the brother told me they fond his book. Problem is he signed it at the End and Dated it. I wanted to tell him to say its Not his but Mine.

[left margin vertical text] Brother in any way, [After you from the letter, Mim came back & said I can Give How Cuz, he is in Legal. Thats why I will stay Low key for a while insha'ALLAH.

Court WAS B/S, I was pissed they took Me early for Afternoon court, had me sitting for 4 Hours in BAll Pen then when Court Started The Judge wanted to straight go into Do you want to keep your Lawyer Yes/No. I said IDK, I Don't know. I told my Lawyer IMA drag it out. Before Court started. The Judge Got mad & was like IMA give you till 3pm to Come Back and let Me know your Answer After that, my Lawyer met Me in the Legal Room. We went over and over the same thing. She tried to convince me to keep her indirectly. Then she says you gotta give a Yes/No to him. (LoL) ← This is Me Laughing. So She said tell Me your answer before Court starts @ 3pm. I said ok. Before Court started she said just tell Me your answer. I said No its Suprise. (LoL) ← Me laughing again. This time Stupid Judge Didn't even Ask Me anything. When Court started he said I am giving you New Counsel. So I turn to my Lawyer (ex-Lawyer) and was Like You see my Point Now. whats the Point of having Me here and asking me if all along he had his Mind Made up. The New Lawyer was in the Court Room the whole tyme. I have this New Black Lawyer he is from Harlem. (LoL). He told Judge I Need 30 DAys for New Sentencing. On a Serious Note tell Abu kheir and you also Make Dua for our Brother, My beautiful brother Housa who did a Beautiful Job. I hear him yelling It Makes me sad that he is in Distress. When he yell AllAHU AkBAR. I said Alhumdulilah he remembers AllAH, He is our Brother & I care for him

I Love you all for The Sake of AllAH.

~E A COLITA

Asaloom Alaiykum,

Akhi, I miss you and miss all the other brothers. The book that you Mention, Now that they know of it. I wanted you to tell them that Its my Book Not yours. I know of the last page details of the Book. I can tell them it was all my IDEA and my writing, I can tell them I didn't want to get caught with you. I left it for you to Read or hold for me. Then I got taken out of 5th floor. This mess happend cuz of my mistake Akhi. The Munafiq didn't know about you. he was asking me for AQ Magazine So I gave it to him. On his foreHead it wasn't written Im a Liar, and Munafiq. On Monday Oct 23, he went to Court, Now I know it was Coz of this thing. After Court he come to my Room acting Regular. At that time I was telling him I was happy about my brother Abdul-Mateen just came to Population. Then after that I gave him a Book Tawassol By Al-Albani, brand New book I didn't get a chance to read it. The Next Day on Tuesday Oct 24 I got thrown in the SHU. They took all my Property and a week later I found out SIS has my property. Remember the yemen? Brother OMAR he had my RADIO & another book. When I got thrown to G-Tier, I knew the C-O wont be able to help me. So I told the LT. yo, my RADIO and my Books are still in 9N, I gave him thomas and OMAR Name so he knows who to get my stuff from C-O comes back with a RADIO and says they Dont have your Books. I didnt believe him. I'm like thou were Good Brothers. They wont steal my New Books.

Nothing made sense, till later on your name got thrown in this. After the paper work I got I realized this assHole wanted to shave some yrs off his sentence by Lieing on me and to make his story seem Good was by showing them the AQ magazines. When they went through my Property & discovery I hed your stuff also so they threw you in this mess as well. I owe you Akhi you Dont owe me anything. Im happy I dont have IBN shaytan as my Lawyer. Bitch was begging me in Court to say are you Going to keep me or Not. I refuse to Answer her, I said I dont know. Even when the judge changed her, she said you can tell him, this is your Last chance. Im happy I kept Quiet and Never told her No I Need you. F****k outta here. (Lol) She refused to tell me the Munafeq name and played Dumb. It become obvious, when she mention what was on his Disk and from the Prosecutor Description. LAst I heard on the RADio Abu JANNAH wants to Plea Guilty to Life only if they take Death Penalty off the table.?? I thought brother wanted his shaHada. AllAH Knows best, MAy AllAH forgive me if I spoke out of turn. Abshir KhABAR-Dawla made good Progress in kabul, Also Afghan President Admits they will lose in 6.Months if U.S stops giving Aid. Turkey started there own invasion into shAm in the Area of Ifrin. Abur-RaHim Loves News. Please share with him. AbdullaH tell him GHURABAA-(Lol) MAy AllAH Restore his health. Abu JANNAH met ANNA, she is useless tell him she is Private Invest

Assalāmu ʿAlaykum Wa Rahmatullāhi Wa Barakātuh,

How are you brother? Jazak Allāhu Khayr for the Risālah from brother Ahmad. I understand that you have ways for some things, Alhamdulillāh this is good Inshā Allāh. And I'm sure you know certain matters are more sensitive than others and being that we are in your present situations it is only right that we would like to know who you are, what are you here for and what makes you such a big fish as Ahmad said it? Also, are you certain enough with Maghribi keeping this "under the table", so to speak. Not only him but also the people you know. I hope you understand the reasoning of my inquiry Akhī. — Also, Ahmad had mentioned a brother Housa, who is he? I never seen anyone else up there besides you, Abū Khayr and Chapo. And do you speak Arabic?

Assalāmu ʿAlaykum