UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | S1 16-CR-398 (PAE) |
| -v- | ORDER |
| SAJMIR ALIMEHMETI, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has received the Bureau of Prisons' letter dated February 13, 2020, explaining the disciplinary sanction it has imposed on defendant Alimehmeti. For avoidance of doubt, the Court did *not* ask BOP to reconsider its determination that Mr. Alimehmeti had violated the BOP's disciplinary code, meriting punishment. That determination is within the administrative discretion of the BOP. The Court instead asked the BOP, in light of the fact that Mr. Alimehmeti's mother is temporarily in the United States from Albania for the sole purpose of visiting her son, to consider imposing a punishment that would permit her to visit him before she returns to Albania.

The Court is dismayed that the BOP's response to the Court did not so address, or even acknowledge, this request. The Court again urges the BOP, in strong terms, to reassess whether its interest in prison discipline requires denying the requested visit.

The Court directs Government counsel to furnish this order to the general counsel and warden of the MCC forthwith.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: February 19, 2020
       New York, New York