UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

SAJMIR ALIMEHMETI,

Defendant.

16 Cr. 398 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On June 5, 2024, defendant Sajmir Alimehmeti filed a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Dkt. 143. The Court directs the Government to file a response by June 20, 2024.

SO ORDERED.

_Paul A. Engelmayer_
Paul A. Engelmayer
United States District Judge

Dated: June 6, 2024
       New York, New York